124 F.3d 187
 William L. Marshall
v.
William J. Love, Superintendent, SCI Huntington, Tim Launtz,
A-Block Unit Manager, G.B. Levy, Captain of Guards, D.
Walker, Sgt., Sergeant of A-Block, SCI-H Program Review
Committee (PRC), C. Mitchell, SCI-H Hearing Examiner, J.
Lehman, Former Commissioner, Martin Horn, Commissioner of
Corrections, A.S. Williamson, Deputy Super., C.R. Myers,
Deputy Super., M. Cooper, Treatment Manager, L.E. Snyder,
Unit Manager, R.
 NO. 96-7635
 United States Court of Appeals,
Third Circuit.
 July 16, 1997
 
 Appeal From: M.D.Pa. ,No.94cv00504 ,
 Caldwell, J.
 
 
 1
 Affirmed.